UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALLA BERNSHTEIN,

                Plaintiff,

   -against-

THE CITY OF NEW YORK, DETECTIVE
RAYMOND BROCKMANN, Shield #03108,
SECURITY OFFICE WILSON VEGA, HWA
INC.,

                Defendants.
------------------------------------------------------------ x

**ORDER**

08 Civ. 2906 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/09

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I rule as requested by the joint letter of counsel, dated March 4, 2009, submitted pursuant to my Individual Rule 2E.

       1. A discovery obligation cannot be refused because of an alleged failure of the other side to make discovery.

       2. The City is required, promptly and fully, to perform all discovery obligations on its part to be performed.

       SO ORDERED.

Dated:     March 5, 2009
             New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge

1